# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

July 17, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re: United States
          v. Cassity Danielle Jones
          No. 23-46
          (Your No. 21-4605)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 17, 2023 and placed on the docket July 17, 2023 as No. 23-46.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Rashonda Garner
                      Case Analyst